FILED
2015 Mar-24 PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| BROOKE PEARMAN, and )<br>JODI LEE )<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>HOOTERS OF TRUSSVILLE, LLC )<br>)<br>      Defendant. ) | Case No. 2:15-cv-00015-SLB |

### ORDER APPROVING SETTLEMENT AND DISMISSING CASE

THIS MATTER is before the Court upon the parties' Joint Motion To Approve Settlement Agreements.  The Court having reviewed the Motion and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.　The Joint Motion to Approve Settlement Agreement is **GRANTED**.

2.　The Court finds that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement, are fair and reasonable under the circumstances, and the Settlement Agreement is hereby **APPROVED**.

3.　This cause is hereby **DISMISSED** without prejudice, with costs and fees to be paid pursuant to the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Birmingham, Alabama, this ___ day of _____, 2015.

                                        _____
The Honorable Sharon Lovelace Blackburn
U.S. District Judge
Northern District of Alabama
Southern Division